NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1566, -1588

DEALERTRACK, INC.,

Plaintiff-Appellant,

v.

DAVID L. HUBER and FINANCE EXPRESS, LLC,

Defendants-Appellees,

and

JOHN DOE DEALERS,

Defendants,

and

ROUTEONE, LLC,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Central District of California in consolidated case no. 06-CV-2335, Judge Andrew J. Guilford.

ON MOTION

Before RADER, Circuit Judge.

## O R D E R

The parties jointly move to stay proceedings pending the United States Supreme Court's disposition of Bilski v. Doll, No. 08-964.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay proceedings is granted. The appellant is directed to inform this court, within 14 days of the Supreme Court's disposition of <u>Bilski</u>, concerning how it believes that this appeal should proceed. The appellees and cross-appellant may also respond within that time.

FOR THE COURT

OCT 27 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Henry C. Dinger, Esq.
Roderick G. Dorman, Esq.
Lawrence M. Hadley, Esq.
Jesse J. Jenner, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2009

JAN HORBALY
CLERK

2009-1566, -1588          2